THE STATE *ex rel.* CLARK, *Collector*, v. THE MISSOURI PACIFIC RAILWAY COMPANY, *Appellant.*

84    129
Case 1
98a    408

**Practice in Supreme Court:** APPEAL. Where the record fails to show that an appeal was ever asked for or allowed, the Supreme Court will strike the cause from its docket.

*Appeal from Cooper Circuit Court.*—HON. E. L. EDWARDS, Judge.

DISMISSED.

*Thos. J. Portis* and *Wm. S. Shirk* for appellant.

*John R. Walker* for respondent.

DEARMOND, C.—There is nothing in the record to indicate that an appeal was ever allowed or asked for. We can only strike the cause from the docket, which is accordingly done. All concur.